1  Donald Ungar, Cal.SBN 29989
   50 California Street, Suite 470
2  San Francisco, California 94111
   Tel: (415) 421 0860
3  Fax: (415) 421 0772

4  Attorney for Plaintiffs

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

11 ISHRAT NADEEM ZAHID              )
   and SHAWANA KAUSAR,              )
                                    )   No. C 06 3937 CRB
12     Plaintiffs,                  )
                                    )
13     v.                           )   MOTION AND [PROPOSED] ORDER
   MICHAEL CHERTOFF,                )   DISMISSING COMPLAINT
14 Secretary of the Department      )
   of Homeland Security, and        )
15 ROBERT P. MUELLER, III,          )
   Director of the Federal          )
16 of Investigation,                )
                                    )
17     Defendants.                  )
   _____)

   Plaintiffs' applications for status as lawful permanent residents of the United States have been approved. They have, therefore, obtained the relief they sought. For that reason, they respectfully ask the court to dismiss their complaint.

   Dated: August 23, 2006              Respectfully submitted,

                                       _____S_____
                                           Donald Ungar
                                       Attorney for Plaintiffs

   IT IS SO ORDERED:

                                       _____
                                           CHARLES R. BREYER
       August 25, 2006                 United States District

*IT IS SO ORDERED — Judge Charles R. Breyer*